**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| KAREN BEATTIE and JIM BEATTIE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:22-cv-340 |
| WALMART SUPERCENTER and | ) | |
| NATIONAL CONSTRUCTION | ) | |
| RENTALS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE AND PETITION FOR REMOVAL</u>

COMES NOW Defendant, Walmart Supercenter ("Walmart"), by counsel, pursuant to Title 28, United States Code, Section 1446, and respectfully petitions the Court as follows:

1.       On March 22, 2022, Plaintiffs filed a civil action in the Elkhart Superior Court, Cause No. 20D01-2203-CT-000051, originally captioned *Karen Beattie and Jim Beattie vs. Walmart SuperCenter and National Construction Rentals, Inc*.  Plaintiffs' Complaint alleges generally that Karen Beattie sustained personal injuries at a Walmart store on or about May 23, 2020, due to the negligence of the Defendants.

2.       The Complaint and Summons were served on Defendant National Construction Rentals, Inc. on or about April 2, 2022 and served on Walmart on or about April 4, 2022.  A true and accurate copy of the Complaint and Summonses are attached hereto as Exhibit "A" and "B" respectively.

3.       The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) and is one which may be removed to this Court by the Defendant, pursuant to the provisions of 28 U.S.C. §1441 in that jurisdiction of this

1

action exists in this Court by reason of diversity of citizenship.  More specifically, the Plaintiffs are residents and citizens of the State of Indiana. Defendant Walmart, Inc. is a Delaware corporation with its principal place of business located in the State of Arkansas. Defendant National Construction Rentals, Inc. is a California corporation with its principle place of business located in the State of California.

4.      Defendant National Construction Rentals, Inc. agrees and consents to the removal of this case.

5.      Defendant Walmart has filed a Notice of Filing Petition for Removal contemporaneously herewith in the Elkhart Superior Court.

6.      The amount in controversy in this case exceeds $75,000.00.

7.      Copies of all pleadings and orders filed in the Elkhart Superior Court are attached as Exhibit "C".

WHEREFORE, Defendant Walmart prays that the action above now pending against it in the Elkhart Superior Court, be removed therefrom to this Court forthwith, and for all other just and proper relief in the premises.

Respectfully submitted,

BARRETT McNAGNY LLP

By: */s/Robert T. Keen, Jr.*
            Robert T. Keen, Jr., #5475-02
            215 E. Berry Street
            Fort Wayne, Indiana  46801-2263
            Telephone: (260) 423-9551
            Fax:  (260) 423-8920
            Email:  rtk@barrettlaw.com
            *Attorney for Defendant*
            *Walmart Supercenter*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 29th day of April, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Thomas S. Wilson, Jr.
Kayla A. Christofeno
Wilson and Kinsman, LLC
301 N. Nappanee Street
Elkhart, IN 46514
tom@wilsonandkinsman.com
kayla@wilsonandkinsman.com
*Attorneys for Plaintiffs*

Edward M. O'Brien
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Edward.obrien@wilsonelser.com
*Attorney for Defendant National Construction Rentals, Inc.*

*/s/Robert T. Keen, Jr.*
Robert T. Keen, Jr.

3295395