20D01-2203-CT-000051

Filed: 3/22/2022 3:12 PM
Clerk
Elkhart County, Indiana

USDC IN/ND case 3:22-cv-00340-RLM-MGG   document 3   filed 03/22/22   page 1 of 3

Elkhart Superior Court 1

# STATE OF INDIANA
# COUNTY OF ELKHART

| | |
|---|---|
| Karen Beattie and Jim Beattie,<br>          Plaintiff,<br>v.<br><br>Walmart SuperCenter, and National Construction Rentals, Inc.,<br>          Defendant. | Cause No. _____ |

## COMPLAINT AND REQUEST FOR TRIAL BY JURY

  COMES NOW, the Plaintiffs Karen Beattie and Jim Beattie and for good cause of action alleges and states the following:

1. That at all times relevant to this cause of action, the Plaintiff, Karen Beattie, (Hereinafter referred to as "Beattie") has been a resident of Elkhart County, State of Indiana.

2. At all relevant times to this cause of action, the Plaintiff Jim Beattie was married to Karen Beattie.

3. At all relevant times to this cause of action, the Plaintiff Jim Beattie was a resident of Elkhart County, State of Indiana.

4. The Defendant Walmart Supercenter (Hereinafter referred to as "Walmart") is believed to be a foreign corporation doing business in with a residential grocery and general merchandise store located in Elkhart County, State of Indiana.

5. The Defendant National Construction Rentals, Inc. (Hereinafter referred to as "National"), is believed to be a foreign corporation doing business in Indiana that provided fencing and crowd control devices at the Walmart store in Elkhart County, State of Indiana.

6. On or about May 23, 2020, Beattie went to the Walmart store in Elkhart County to make purchases for which the store was open to the public.

7. While entering the premises, Beattie was injured when she tripped over a broken and improperly maintained fence that controlled the flow of customers into the Walmart store.

8. Walmart and National knew or should have known about the broken and improperly maintained fence that Beattie tripped over but failed to take appropriate corrective measures.

EXHIBIT A

9. Walmart and Nation failed to warn through signs or other methods of the danger the fence presented.
10. Walmart's and/or National's negligence was the cause of Beattie falling and suffering injuries.
11. As a direct and proximate result of Walmart and/or National Construction Rentals, Inc.'s negligence, Beattie suffer damages and injuries, and in the future, will suffer injury and damages including, but not limited to, the following:
    a. Past medical bills.
    b. Future medical bills.
    c. Past lost time and/or lost income.
    d. Future lost time and/or impairment of earning capacity.
    e. Past physical pain and suffering.
    f. Future physical pain and suffering.
    g. Past mental pain, freight, and anguish.
    h. Future mental pain, freight, and anguish.
    i. Past loss of the ability to function as a whole person.
    j. Future loss of the ability to function as a whole person.
    k. Disability.
    l. Other past and future economic and non-economic losses and damages.
12. As a direct and proximate result of Walmart and/or National Contruction Rentals, Inc.'s negligence, Jim Beattie suffered damages and loss and, in the future, will suffer damages and loss including, but not limited to the loss of companionship, consortium and harm to the marital relationship.

WHEREFORE, Karen and Jim Beattie requests that this court enter judgment against Walmart and National and award them compensatory damages in an amount that will fully compensate the Plaintiffs for all injuries and damage sustained and which they will likely sustain in the future, together with the costs of this action and for all further relief proper in the premises.

RESPECTFULLY SUBMITTED:

/s/ Thomas S. Wilson, Jr

_____

Thomas S. Wilson, Jr
301 N. Nappanee Street
Elkhart, IN 46514
574-522-1900
574-522-0200 (Fax)
Attorney for Plaintiff

**REQUEST FOR TRIAL BY JURY**

    COME NOW the Plaintiff, Karen Beattie, by counsel and respectfully requests a trial by jury in the above entitled cause of action.

/s/ Thomas S. Wilson, Jr
_____
Thomas S. Wilson, Jr
301 N. Nappanee Street
Elkhart, IN 46514
574-522-1900
574-522-0200 (Fax)
Attorney for Plaintiff